# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF RHODE ISLAND

| | |
|---|---|
| **Mary Barchock, Thomas Wasecko, and Stacy Weller** ) ) ) | |
| Vs.                    ) ) | **CA No. 16-061 ML** |
| **CVS Health Corporation, The Benefits Plan Committee of CVS Health Corporation, and Galliard Capital Management, Inc.** ) ) ) ) | |

## JUDGMENT

[ ]   Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.

[x]   Decision by the Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED:**

**Judgment is hereby entered for the Defendants against the Plaintiffs pursuant to the Memorandum and Order dated April 18, 2017 GRANTING Defendant's Motion to Dismiss and dismissing Plaintiffs' Complaint with prejudice.**

            Enter:

             /s/ Susan Feeley
            **Deputy Clerk**

**DATED: May 5, 2017**